AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JORGE LOPEZ-DE ROSAS
aka Miguel Angel Gutierrez

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1014-BEN

I, JORGE LOPEZ-DE ROSAS aka Miguel Angel Gutierrez, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3 April 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jorge lopez de Rosas*
JORGE LOPEZ-DE ROSAS
Defendant

*Maxine Dobro*
MAXINE DOBRO
Counsel for Defendant

Before _____
JUDICIAL OFFICER